# Third District Court of Appeal

## State of Florida

Opinion filed February 18, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-2075
Lower Tribunal Nos. F22-16994, F22-16997, F22-16999, F22-17000

_____

**Billy McGriff,**
Appellant,

vs.

**State of Florida,**
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Billy McGriff, in proper person.

James Uthmeier, Attorney General, for appellee.

Before LOGUE, LINDSEY, and GOODEN, JJ.

PER CURIAM.

Affirmed.